UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NICHOLAS HENSON, JOHN AMANFO, AREF                           :
MONSOUR, DOUGLAS CARLSON                                     :
                              Plaintiffs,                    :   20 Civ. 8663, 20 Civ. 8747,
                                                             :   20 Civ. 8755, 21 Civ. 47
                 -against-                                   :              (LGS)
                                                             :
NTN BUZZTIME, INC., et al.,                                  :           ORDER
                              Defendants.                    X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the cases 20 Civ. 8663, 20 Civ. 8747, 20 Civ. 8755, 21 Civ. 47 are related.

WHEREAS, on January 15, 2021, the parties in case 20 Civ. 8663 filed a letter requesting an adjournment of the initial conference scheduled for February 18, 2021, and an extension of Defendants' time to respond to the Complaint. It is hereby

**ORDERED** that the initial conference in case 20 Civ. 8663 scheduled for February 18, 2021, at 10:30 A.M. is hereby adjourned to **March 11, 2021, at 10:30 A.M**. The materials for the initial conference, comprising a joint Proposed Civil Case Management Plan and Scheduling Order and joint letter, shall be filed by **March 4, 2021**. The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. This initial conference will be scheduled at the same date and time in all the related cases listed above. It is further

**ORDERED** that the deadline for Defendants to answer or otherwise respond to the Complaint, in case 20 Civ. 8663, is hereby extended to **February 19, 2021**.

Dated: January 20, 2021
       New York, New York

                                                      _____
                                                      **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**